**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6068**

WILLIE D. WORLEY, JR.,

        Plaintiff - Appellant,

    v.

JASON JOHNSON,

        Defendant - Appellee,

    and

FRANK L. PERRY; JAMESE SMITH, Unit Manager,

        Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (5:16-ct-03205-BO)

Submitted: July 23, 2019                                 Decided: August 5, 2019

Before THACKER and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Willie D. Worley, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie D. Worley, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Worley v. Johnson*, No. 5:16-ct-03205-BO (E.D.N.C. Dec. 21, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*